## Joint Status Report Pursuant to Rule 26(f)

Caption:  Carol A. Keating-Reichwein v. Universal Companies    Civil Action No: 13-7290

Basis of Jurisdiction:   Diversity

Jury Trial:  __X__     Non-Jury Trial: _____     Arbitration:

Plaintiff's counsel participating in the Rule 16 Conference: Elliot A. Strokoff
Defendant's counsel participating in the Rule 16 Conference: Joan E. Clarke
Do counsel have full authority to settle at Rule 16 Conference?  Yes
    If not, client with such authority who will attend conference:
When did the parties hold the Rule 26 Conference?  June 9, 2014
When did the parties comply with Rule 26(a)'s duty of self-executing disclosure?  Pending
Does either side expect to file a case-dispositive motion?  __no____ (yes/no)
    If yes, under what Rule
    If yes, specify the issue
    Proposed deadline for filing dispositive motions:  December 1, 2014
    Does either side anticipate the use of experts?  Possibly
    If yes, what is the proposed deadline for expert discovery? Oct. 31, 2014/Nov. 14, 2014
Approximate date case should be trial-ready:  February 1, 2015
    Time for Plaintiff's case: _3 days_    Time for Defendant's case: _3 days_
Is a settlement conference likely to be helpful? _____ If so, when:
    Early _____ (yes/no)  After Discovery __yes___ (yes/no)
What is the outcome of your discussions with your clients about proceeding before a Magistrate Judge for final disposition?   Not acceptable


Plan for Discovery:

1. The parties anticipate that discovery should be completed within _120_ days.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to?  120 days.

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)?  Yes.

4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan.  None

5. If you contend the discovery period should exceed 90 days, please state reason:
   30 days beyond standard track was agreed to because of the number of grants (5) at issue, and large volume of documents and emails concerning between and among numerous individuals.