**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CAROL A. KEATING-REICHWEIN,** <br> Plaintiff <br><br> v. <br><br> **UNIVERSAL COMPANIES,** <br> Defendant. | CIVIL ACTION COMPLAINT <br><br> No: 13-cv-07290 <br><br> (Judge Restrepo) |

## PLAINTIFF'S PRETRIAL MEMORANDUM

1.  <u>Nature of Action and Jurisdiction</u>.  This is a contract action.
The parties are citizens of different states and the matter in controversy
exceeds $75,000.

2.  <u>Summary of Facts</u>.  It is undisputed that the Plaintiff, Carol
Keating-Reichwein, d.b.a. C.A. Keating Consulting, and the Defendant,
Universal Companies, were parties to an Agreement effective February 1, 2010-
January 31, 2011.

The "Compensation and Expenses" section, on page 2 of the
Agreement, provided that, in addition to a quarterly retainer of $5,000:

> "For services rendered, the Universal Companies agrees to
> pay C.A. Keating Consulting a success fee equivalent to five
> percent of the **full amount of funding awarded** to the
> Universal Companies as a **result** of the **submission** of the
> **proposal prepared** by Carol A. Keating." (emphasis added).

Prior to February 1, 2010, the Plaintiff had been paid two success
fees by Universal Companies under predecessor agreements with a similar
success fee provision.

1

As a result of the submission of proposals prepared by the Plaintiff, Universal Companies was awarded funding from a 21st Century Community Learning Center Grant (Cohort 5), Renaissance School Initiative for Universal Bluford Charter School, Renaissance School Initiative for Universal Daroff Charter School, a School Improvement Grant for Universal Bluford Charter School, a School Improvement Grant for Universal Daroff Charter School and a Promise Neighborhood Planning Grant. While Universal Companies agreed to pay, and did pay, Plaintiff Keating a 5% success for the $780,000 21st Century Community Learning Center Grant (Cohort 5), amounting to $39,000, Universal Companies has refused to pay Plaintiff 5% success fees for the 5 other awards resulting from the successful proposals prepared by Ms. Keating-Reichwein.

Plaintiff will defer to Defendant's Pretrial Memorandum for it to explain why it has not paid these success fees for the more than $64,000,000 in awards which it received as a result of proposals prepared by Carol Keating-Reichwein.

     3.    <u>Monetary Damages</u>, exclusive of prejudgment interest:

          a.    <u>School Improvement Grant for</u>

<u>Universal Daroff Charter</u>: 5% of $1,980,000;        $99,000.00

          b.    <u>School Improvement Grant For</u>

<u>Universal Bluford Charter</u>: 5% of $1,980,000;        $99,000.00

          c.    <u>Promise Neighborhood Planning</u>

<u>Grant</u>: 5% of $500,000;        $25,000.00

      d.    Renaissance School Initiative for

Universal Bluford Charter School:  5% of sum of varying        $1,400,893.99

annual amounts[1];

      e.    Renaissance School Initiative for

Universal Daroff  Charter School:  5% of sum of varying

annual amounts.[1]                                 $1,608,819.28

                                                 $3,232,713.27

    4.    Witnesses.

      a.    Shahied Dawan:[2] CFO of Universal Companies.  FRE

611(c) witness.  Liability and damages.  Will testify concerning the structure of

Universal Companies, the funds awarded to Universal Companies as a result of

the proposals prepared by Carol Keating, the amounts incurred or allocated by

Universal Companies for consultants, management fees and administrative

costs, document/email explanation and his interactions with the Plaintiff,

including her preparations of the successful proposals.

      b.    Abdur Rahim Islam, Sr.:[1]  CEO of Universal

Companies.  FRE 611(c) witness.  Liability and Damages.  Will testify

concerning the structure of Universal Companies, the funds awarded Universal

Companies as a result of the proposals prepared by Carol Keating,

document/email explanation and his interactions with the Plaintiff, including

her preparations of the successful proposals.

---

[1]See Special Comments, ¶7 of this Pretrial Memorandum for discussion explaining the calculation of the Renaissance awards.
[2]Universal Companies had agreed to produce these witnesses without need for a subpoena.

c. <u>Raheem Islam, Jr.</u>:[2] V.P. of Financial Development and Governmental Affairs for Universal Companies. FRE 611(c) witness. Liability. Will testify concerning his professional interaction with the Plaintiff, the high quality of Plaintiff's work, document/email explanation and the grant writing expertise and skills which the Plaintiff demonstrated in the successful proposals which she prepared.

d. <u>Carol Keating-Reichwein</u>: Liability and damages. The Plaintiff will testify concerning her relationship with Universal Companies since 2006, her receipt of success fees from Universal prior to the February 1, 2010-January 31, 2011 contract, the preparation of the successful proposals and her failed efforts to be paid the success fees for the awards in question.

5. A schedule of all exhibits is attached hereto. Apparently in merging the parties' exhibit lists into 1 joint list, resulting in over 300 exhibits, a few exhibits may have been inadvertently dropped of mislabeled. Counsel should have these errors corrected within a few days.

6. Plaintiff's counsel estimates the number of days required for trial at 5.

7. <u>Special comments</u>: Under the Renaissance School Initiative, the Philadelphia School District awarded Universal Companies funds for five years to operate the Bluford Universal Charter School and the Daroff Universal Charter School. The amounts paid were based on a formula with annual variable factors of student enrollment and the particular year's state determined per pupil subsidy. Four of the five school years are already

completed, and the sums awarded for those 4 years have been paid to Bluford Universal Charter School and Daroff Universal Charter School. Through mid-September, three equal monthly payments to Bluford and three different equal monthly payments to Daroff have been made so far this 2014-2015 year. Plaintiff has multiplied these equal monthly payments by 12 to arrive at the amount awarded for the 2014-2015 school year. The mathematical calculation of the full amount of funding from the Renaissance Initiative is attached as Exhibit A hereto.

8. Stipulations. The parties have not yet reached any stipulations.

9. Objections to Exhibits. As of 2:30 p.m., October 16, 2014, when this memo was finalized, Plaintiff's counsel has not completed his review of the voluminous exhibits identified by the Defendant. However, so far he has detected no objections as to authenticity and would have no objection other than relevancy to the others.

10. Deposition Testimony. None other than possible use for impeachment purposes.

Respectfully submitted,

STROKOFF & COWDEN, P.C.

By:_____
Elliot A. Strokoff
I.D. No. 16677
132 State Street
Harrisburg, PA 17101
(717) 233-5353

DATE: 10|16|14

5

# RENAISSANCE INITIATIVE PAYMENTS

### DAROFF

| | |
|---|---|
| 2010-2011 | $6,188,030.68 |
| 2011-2012 | 6,042,017.91 |
| 2012-2013 | 5,897,986.65 |
| 2013-2014 | 7,154,461.68 |
| 2014-2015: by 9/14- (3) equal monthly payments of $574,490.72 were made. Therefore annual payments are projected to be. | <u>6,893,888.64</u> |

TOTAL DAROFF          $32,176,385.56

### BLUFORD

| | |
|---|---|
| 2010-2011 | 5,629,645.75 |
| 2011-2012 | 5,557,010.04 |
| 2012-2013 | 5,455,118.19 |
| 2013-2014 | 5,754,755.94 |
| 2014-2015: by 9/14- (3) equal monthly payments of $468,445.83 were made. Therefore annual payments are projected to be. | <u>5,621,349.96</u> |

TOTAL BLUFORD          $28,017,879.88

TOTAL RENAISSANCE FUNDING AWARDED      $60,194,265.44



EXHIBIT

A

**Carol Keating-Reichwein v. Universal Companies**
**Docket No. 13-cv-07290**

**Joint Trial Exhibit List**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 1. | | 12/11/13 | Complaint | | | | | |
| 2. | 3252-3278 | | Carol A. Keating-Reichwein Curriculum Vitae and Accolades | | | | | |
| 3. | D010376 - D010386 | | Carol A. Keating Consulting Curriculum Vitae | | | | | |
| 4. | | 3/10/14 | Answer and Affirmative Defenses of Defendant Universal Companies to Plaintiff's Complaint | | | | | |
| 5. | | 8/1/14 | Plaintiff Carol A. Keating-Reichwein's Answers to Defendant Universal Companies to Plaintiff's Complaint | | | | | |
| 6. | | 8/6/14 | Defendant's Response to Plaintiff's First Set of Interrogatories | | | | | |
| 7. | | 8/5/14 | Deposition Transcript of Carol A. Keating-Reichwein (w/ exhibits) | | | | | |
| 8. | 1275 | 8/13/10 | Dawan to Keating honoring success fee for 21st and contract | | | | | |
| | | | Keating/Dawan re: Invoices for May & Aug. | | | | | |

# EXHIBIT LIST

## Carol Keating-Reichwein v. Universal Companies

CASE NO: 13-cv-07290

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|------------|------------|--------|---------|
| 9. | 1433-36 | 8/15/10 | 2010, with "changes to the contract" | | | | | |
| 10. | 1422-25 | 8/15/10 | Keating to Dawan "contract attached" accepting changes | | | | | |
| 11. | 7-9 | 8/13/10 | 2010 Letter Agreement (signed) | | | | | |
| 12. | 3698-3708 | 2009 | Universal Education Companies 2009 Form 990 | | | | | |
| 13. | 3709-42 | 2010 | Universal Education Companies 2010 Form 990 | | | | | |
| 14. | 3743-72 | 2011 | Universal Education Companies 2011 Form 990 | | | | | |
| 15. | 3502-29 | 2009 | Universal Community Homes 2009 Form 990 | | | | | |
| 16. | 3470-3501 | 2010 | Universal Community Homes 2010 Form 990 | | | | | |
| 17. | 3437-69 | 2011 | Universal Community Homes 2011 Form 990 | | | | | |
| 18. | 3530-64 | 2010 | Universal Bluford 2010 Form 990 | | | | | |

# EXHIBIT LIST

## Carol Keating-Reichwein v. Universal Companies

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|------------|------------|--------|---------|
| 19. | 3565-97 | 2011 | Universal Bluford 2011 Form 990 | | | | | |
| 20. | 3598-3628 | 2010 | Universal Daroff 2010 Form 990 | | | | | |
| 21. | 3629-62 | 2011 | Universal Daroff 2011 Form 990 | | | | | |
| 22. | D3333-64 | 2009 | UICS 2009 Form 990 | | | | | |
| 23. | 3365-3403 | 2010 | UICS 2010 Form 990 | | | | | |
| 24. | 3404-3436 | 2011 | UICS 2011 Form 990 | | | | | |
| 25. | 2624 | 1/25/10 | Keating to Islam Jr. email 21st CCLC evaluation | | | | | |
| 26. | 2625 | 1/25/10 | Keating to Islam Jr. email 21st CCLC Rules | | | | | |
| 27. | 2626-2633 | 1/25/10 | Keating to Islam Jr. email Final activities form for 21st CCLC | | | | | |
| 28. | 2635-37 | 1/27/10 | Keating to Islam Jr. email "Called and no Answer" | | | | | |

**EXHIBIT LIST**

**Carol Keating-Reichwein v. Universal Companies**

**CASE NO: 13-cv-07290**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|------------|------------|--------|---------|
| 29. | 2640 | 1/28/10 | Keating to Islam Jr. email Need for specific data from each participating school | | | | | |
| 30. | 2641-2682 | 1/28/10 | Keating to Islam Jr. email "We need responses to these questions for 21st CCLC" | | | | | |
| 31. | 2683 | 1/28/10 | Keating to Islam Jr. email "Question about current 21st CCLC program" | | | | | |
| 32. | 2684 | 1/28/10 | Keating to Islam Jr. email "Responses Thur., Jan. 28th-7:15 p.m." | | | | | |
| 33. | 2685 | 1/28/10 | Keating to Islam Jr. email "Numbers needed for budget" | | | | | |
| 34. | 2688 | 1/29/10 | Keating to Islam Jr. email "Sample Response" | | | | | |
| 35. | 2689-2720 | 2/1/10 | Islam Jr. to Keating email "FWD 21st Century Questions to Rahim Jan. 29" | | | | | |
| 36. | 2724 | 2/4/10 | Keating to Islam Jr. Email "Help please" | | | | | |
| 37. | 2726-27 | 2/4/10 | Keating to Islam Jr. email "Signed Prog. Assurance Form Needs to be Mailed: (resend of doc. e.g., ____ ) | | | | | |

4

# EXHIBIT LIST

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 38. | 2728 | 2/4/10 | Keating to Islam Jr. email "re: Responses/input needed for 21st CCLC grant narrative" | | | | | |
| 39. | 2732 | 2/5/10 | Keating to Islam Jr. email "Insert into Universal's letter" | | | | | |
| 40. | 2733-34 | 2/5/10 | Keating to Islam Jr. email w/attach. "School District Letter of Agreement" | | | | | |
| 41. | 2735-37 | 2/5/10 | Keating to Islam Jr. email "Title Page" w/attach. | | | | | |
| 42. | 2742-2786 | 2/6/10 | Keating to Islam Jr. email "Responses to Needs Asso.-Questions 1, 2, 3" | | | | | |
| 43. | 2787-90 | 2/6/10 | Keating to Islam Jr. email "Question 3" | | | | | |
| 44. | 2792-93 | 2/6/10 | Keating to Islam Jr. email "Question 4 Response/Needs Assessment" | | | | | |
| 45. | 2796 | 2/6/10 | Keating to Islam Jr. email "fwd: More edits-response to Question #5-needs assessment" | | | | | |

**Carol Keating-Reichwein v. Universal Companies**

**CASE NO: 13-cv-07290**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|------------|------------|--------|---------|
| 46. | 2799 | 2/6/10 | Keating to Islam Jr. "Question #6 Response-Needs Assessment" | | | | | |
| 47. | 2800-02 | 2/6/10 | Keating to Islam Jr. "Question #8 Response-Needs Assessment" | | | | | |
| 48. | 2805-06 | 2/6/10 | Keating to Islam Jr. "Question #9 Response-Needs Assessment" | | | | | |
| 49. | 2807 | 2/6/10 | Keating to Islam Jr. "Question #10-Response-Needs Assessment" | | | | | |
| 50. | 2808-09 | 2/7/10 | Keating to Islam Jr. "Sustainability-Question #1" | | | | | |
| 51. | 2810-11 | 2/7/10 | Keating to Islam Jr. email "Sustainability-Question #6" | | | | | |
| 52. | 2814 | 2/8/10 | Keating to Islam Jr. email Re: "No Subject" | | | | | |
| 53. | 2821-23 | 2/8/10 | Islam Jr. to Keating email "Document 1" w/attach | | | | | |

## EXHIBIT LIST

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|------------|------------|--------|---------|
| 54. | 2839 | 2/11/10 | Keating to Islam 21sr CCLC Final in Word | | | | | |
| 55. | | | 21st CCLC (Cohart 5) Application | | | | | |
| 56. | 1145-1188 | 8/12/10 | Dawan to Keating "School Improvement Grants" w/attach. | | | | | |
| 57. | 1190-1244 | 8/12/10 | Dawan to Keating "Fwd: SIG Follow Up Documentation Request" w/Rubic attach. | | | | | |
| 58. | 1275 | 8/13/10 | Dawan to Keating email "Re: School Improvement Grants" (re: also getting can't act) | | | | | |
| 59. | 1277 | 8/13/10 | Dawan to Keating "School Action Plans" (w/o attachment) | | | | | |
| 60. | 1363-66 | 8/13/10 | Keating/Dawan email "Our Guide and Start Up Responses" w/attach. | | | | | |
| 61. | 1368-1371 | 8/13/10 | Islam Jr.to Keating "Info for Daroff" and "Bluford Info" | | | | | |
| 62. | 1373-84 | 8/13/10 | Keating to Dawan email "Draft #1-Friday Nite" w/attach. | | | | | |

7

Carol Keating-Reichwein v. Universal Companies

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 63. | 1245-1250 | 8/13/10 | Dawan to Keating email "FW: Fwd: SIG Follow Up Documentation Request" | | | | | |
| 64. | D007451 | 8/13/10 | Keating to Dawan, Islam Sr., Islam Jr., Lewis email "Re: School Improvement Grants" | | | | | |
| 65. | D012985 | 8/13/10 | Dawan to Islam Sr. email "FW: School Improvement Grants" w/ attach. | | | | | |
| 66. | D011292 - D011300 | 8/13/10 | Keating to Dawan, Islam Sr., Islam Jr. email "Draft #1-Friday Nite" w/ attach. | | | | | |
| 67. | 1277-1366 | 8/13/10 | Keating to Dawan, Islam Sr., Islam Jr. email "School Action Plans" w/ attach. | | | | | |
| 68. | 1367 | 8/13/10 | Dawan to Keating email "Re: Our Guide and Start UP Responses" | | | | | |
| 69. | 1373 | 8/13/10 | Dawan to Islam Jr., Islam Sr. email "Draft #1-Friday Nite" | | | | | |
| 70. | 1368-1369 | 8/13/10 | Islam Jr. to Keating email "FW: Info for Daroff" | | | | | |
| 71. | 1370- | 8/13/10 | Islam Jr. to Keating email "FW: Bluford Info" | | | | | |

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|-----------|-----------|--------|---------|
| | 1371 | | | | | | | |
| 72. | 1372 | 8/14/10 | Keating/Dawan emails "Re" FW" FWD" SIG Follow Up Documentation Request" | | | | | |
| 73. | 1385-96 | 8/14/10 | Keating to Dawan "Bluford School Improvement Plan-Final (Saf)" w/ attach. | | | | | |
| 74. | 1397-1421 | 8/15/10 | Keating to Dawan "SIP Grants for Bluford and Daroff" w/attach. | | | | | |
| 75. | D007426 - D007450 | 8/15/10 | Keating to Dawan, Islam Sr., Islam Jr., Lewis email "SIP grants for Bluford and Daroff" w/ attach. | | | | | |
| 76. | D002281 - D002284 | 8/15/10 | Keating to Dawan, Islam Sr., Islam Jr. email "Contract Attached" w/ attach. | | | | | |
| 77. | 1433-1436 | 8/15/10 | Dawan to Keating email "RE: Invoices for May and August 2010" w/ attach. | | | | | |
| 78. | 1426-1427 | 8/17/10 | Islam Jr. to Keating email "RE: Contract Attached" | | | | | |
| 79. | 1428 | 8/28/10 | Keating/Dawan "Re: Corrected Quarterly Grant amount for Universal" | | | | | |

9

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|------------|------------|--------|---------|
| 80. | 1429-1430 | 8/30/10 | Keating /Islam Jr. email "Re: Corrected Quarterly Grant amt. for Universal ("normal rate should apply") | | | | | |
| 81. | 1432 | 9/2/10 | Keating/Islam Jr. email "Re: SIG for Bluford and Daroff" | | | | | |
| 82. | D011449 - D011450 | 9/3/10 | Feiner to Dawan email "SSIG Application" | | | | | |
| 83. | D007423 - D007425 | 9/17/10 | Keating to Islam Jr., Islam Sr., Lewis email "PRESS RELEASES" w/ attach. | | | | | |
| 84. | D011454 | 6/10/11 | Letter from the PA Department of Education to Shahied Dawan re: Universal Daroff CS 2009-2010 School Improvement Grant—SIG (1003g) – Project # 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 Amount: $561,740.00 Approved | | | | | |
| 85. | D011455 | 6/10/11 | Letter from the PA Department of Education to Shahied Dawan re: Universal Bluford CS 2009-2010 School Improvement Grant—SIG (1003g) – Project # 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 Amount: $809,194.00 Approved | | | | | |
| 86. | 1251-1274 | | SIG LEA Application for Restart Model Rubric | | | | | |

10

# EXHIBIT LIST

## Carol Keating-Reichwein v. Universal Companies

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|-----------|-----------|--------|---------|
| 87. | D000001 - D000034 | | SIG LEA Application-Bluford | | | | | |
| 88. | D00393- D00428 | | SIG LEA Application-Daroff | | | | | |
| 89. | D011302 - D011348 | 6/16/10 | Charter for Universal Bluford Charter School Contract No. 65/F11 School Reform Commission Resolution No. SRC-49 | | | | | |
| 90. | D011349 - D011412 | 6/16/10 | Charter for Universal Daroff Charter School Contract No. 69/F11 School Reform Commission Resolution No. SRC-50 | | | | | |
| 91. | 2858 | 10/1/10 | Invoice SIG Bluford | | | | | |
| 92. | 1454 | April 2010 | Letter from Promise Neighborhoods Grant | | | | | |
| 93. | D012307 | 5/3/10 | Walker to Islam Jr. email "FW: Education Secretary Arne Duncan Releases Application for Promise Neighborhoods" | | | | | |
| 94. | D012308 | 5/3/10 | Saaba to Islam Jr. email "FW: Education Secretary Arne Duncan Releases Application for Promise Neighborhoods" | | | | | |
| 95. | D012930 | 5/3/10 | Email Notification to Islam Jr. "Reminder: Federal Student Aid Webcast is today!" | | | | | |
| 96. | D012447 | 5/7/10 | Lewis to team email "Promise Neighborhood" | | | | | |

11

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|------------|------------|--------|---------|
| 97. | D013209 - D013212 | 5/8/10 | Dr. Leroy D. Nunery II to Lewis, Islam Sr., email "Fwd: [CHARTERSCHOOLSPROGRAM] Promise Neighborhoods Planning Grants" | | | | | |
| 98. | D012305 - D012306 | 5/11/10 | Jenkins to Walker, Islam Jr., Lewis, Douthit, Dawan email "FW: Education Secretary Arne Duncan Releases Application for Promise Neighborhoods" | | | | | |
| 99. | 1438 | 5/12/10 | Keating to Islam Jr., Islam Sr. email "Promise Neighborhoods" | | | | | |
| 100. | 1452 | 5/12/10 | Islam Jr. to Islam Sr. email "Driving Question for PROMISE NEIGHBORHOOD PROPOSAL" | | | | | |
| 101. | D006167 | 5/13/10 | Keating to Islam Jr., Islam Sr. email "Promise Neighborhood-Outline" w/ attach. | | | | | |
| 102. | 1462 | 5/13/10 | Keating to Islam Jr., Islam Sr. email "(no subject)" (re: recent activity on P.N.) | | | | | |
| 103. | 1463 | 5/13/10 | Keating to Islam Jr., Islam Sr. email "Universal-Point Breeze Promise Neighborhood Zone" | | | | | |
| 104. | D006063 | 5/13/10 | Keating to Islam Jr., Islam Sr. email "Promise Neigh.-REQUIRED FORMS" | | | | | |
| 105. | 1458- | | Keating to Islam Jr., Islam Sr. email "Promise | | | | | |

## EXHIBIT LIST

### Carol Keating-Reichwein v. Universal Companies

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|------------|------------|--------|---------|
|      | 1461 | 5/13/10 | Neighborhood-OUTLINE" w/ attach. | | | | | |
| 106. | D012590 - D012593 | 5/14/10 | Brown to Islam Jr., Dino Rossi email "RE: Promise Neighborhood power point presentation" | | | | | |
| 107. | D012446 | 5/15/10 | Islam Sr. to Inunery2@comcast.net, Lewis email "Promise Neighborhood" | | | | | |
| 108. | 1475-1478 | 5/16/10 | Womack to Keating email "Fw: Promise Neighborhoods in Phila. STEM education, etc…" | | | | | |
| 109. | D006278 - D006279 | 5/17/10 | Keating to Islam Jr., Islam Sr., Womack email "Re: Promise Neighborhood" | | | | | |
| 110. | 1492-95 | 5/18/10 | Keating to Islam Jr., Islam Sr. email "Draft-something on paper to jump start concept paper: w/attach. | | | | | |
| 111. | 1496-1504 | 5/18/10 | Keating to Islam Jr., Islam Sr. email "Diagram to initiate presentation-Draft #1" w/attach. | | | | | |
| 112. | D013215 - D013220 | 5/19/10 | Nunery to Packman, et al email "Re: Department of Education Grants –Promise Neighborhoods Application" w/ attach. | | | | | |

Carol Keating-Reichwein v. Universal Companies

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 113. | D012952 - D012953 | 5/20/10 | PNINTENT to Islam Jr. email "Thank you for submitting your Intent to Apply to the Promise Neighborhoods" | | | | | |
| 114. | D012483 - D012500 | 5/20/10 | McGee to Nunery, et al. email "Re: Department of Education Grants –Promise Neighborhoods application" w/ attach. | | | | | |
| 115. | D012292 - D012298 | 5/20/10 | Islam Sr. to Keating, Islam Jr. email "FW: Department of Education Grants –Promise Neighborhoods application" w/ attach. | | | | | |
| 116. | 1532-36 | 5/24/10 | Islam Jr. to Keating email "Grant Strategy" w/attach. | | | | | |
| 117. | 1537-43 | 5/24/10 | Keating to Islam Sr. email response "Re: Grant Strategy" w/attach. | | | | | |
| 118. | 1544 | 5/24/10 | Islam Sr. to Keating email "RE: Grant Strategy" | | | | | |
| 119. | 1545-49 | 5/24/10 | Keating to Islam Sr. email response "Re: Grant Strategy" w/attach. (additional edits) | | | | | |
| 120. | 1554-1560 | 5/24/10 | Islam Sr. to Keating email "Re: Grant Strategy" w/ attach. | | | | | |

14

**Carol Keating-Reichwein v. Universal Companies**     CASE NO:  13-cv-07290

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|------------|------------|--------|---------|
| 121. | D005291 | 5/27/10 | Islam Sr. to Islam Jr., Keating, Dawan, Walker, Butler email "HUD & USDOE" | | | | | |
| 122. | 1565 | 5/27/10 | Keating to Islam Sr., Islam Jr., Dawan, Walker, Butler email "Re: HUD & USDOE" | | | | | |
| 123. | 1573-77 | 6/1/10 | Keating to Islam Jr., Islam Sr. email "Section 4-Susatin and Scale Up-6/1/10" w/attach. | | | | | |
| 124. | D005278 | 6/1/10 | Islam Sr. to team email "Conference Call" | | | | | |
| 125. | 1585 | 6/2/10 | Keating to Islam Jr., Islam Sr. email "Re: FW: Promise Neighborhood" (Universal Definitely meets criteria) | | | | | |
| 126. | D006159 | 6/2/10 | Keating to Islam Jr., Islam Sr. email "Some District Questions" | | | | | |
| 127. | D006035-36 | 6/2/10 | Keating to Islam Jr., Islam Sr. email "PN-Recommended Results and Indicators" | | | | | |
| 128. | D010396 | 6/2/10 | Keating to Islam Jr., Islam Sr. email "Resumes of Key Personnel (Carol directing Jr.) | | | | | |
| 129. | 1590 | 6/2/10 | Keating to Islam Jr., Islam Sr. email "Bio for mini grant or Response to Inquiry or Bid" | | | | | |
| | | 6/2/10 | Rossi to Islam Jr. email "RE: Promise | | | | | |

15

# EXHIBIT LIST

## Carol Keating-Reichwein v. Universal Companies

CASE NO: 13-cv-07290

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|-----------|-----------|--------|---------|
| 130. | D006038 | | Neighborhood, Change in meeting time" | | | | | |
| 131. | 1587 | 6/2/10 | Keating to team email "Some District Questions" | | | | | |
| 132. | 1591 | 6/3/10 | Keating to Islam Jr., Islam Sr. email "Promise Neighborhood Timeline" | | | | | |
| 133. | D012422 D012425 | 6/4/10 | Packman to Islam Jr., et al email "Neighborhood of Promise Proposal" | | | | | |
| 134. | 1598-1601 | 6/6/10 | Keating to Islam Sr. email "Sample Responses for 1-3" | | | | | |
| 135. | D006015 -26 | 6/6/10 | Keating to Islam Jr., Islam Sr. email "Keating edits-Sunday Nite-6-6-10" w/attach. | | | | | |
| 136. | 1633 | 6/6/10 | Keating/Islam Sr. email "Re: Keating edits-Sunday Nite-6-6-10 | | | | | |
| 137. | 1640-43 | 6/7/10 | Keating to Islam Sr. email "Attached doc with tracking of edits to letter" w/attach. | | | | | |
| 138. | D006238 -44 | 6/7/10 | Keating to Islam Jr., Islam Sr. email "Requirements for Contents of the PN-MOU" w/attach. | | | | | |

16

# EXHIBIT LIST

## Carol Keating-Reichwein v. Universal Companies

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 139. | D006449 | 6/7/10 | Keating to Islam Sr., Islam Jr. email "Re: Follow-up on Promise Neighborhood" | | | | | |
| 140. | D05719-D05720 | 6/7/10 | Nunery to Islam Sr., Keating, Lewis, Islam Jr., et al email "Re: Follow-up on Promise Neighborhood" | | | | | |
| 141. | D012436 | 6/7/10 | Islam Sr. to Edwards, Lewis, Islam Jr. email "Promise Neighborhood Initiative" | | | | | |
| 142. | D010257 | 6/7/10 | Keating to Islam Sr. email "Re: Keating Edits-Sunday nite-6-6-10" | | | | | |
| 143. | 1640-1643 | 6/7/10 | Keating to Islam Sr. email Edits to Promise Neighborhoods Initiative Letter | | | | | |
| 144. | D00414-D005426 | 6/7/10 | Islam Sr. to team email "Follow-up on Promise Neighborhood" w/ attach. | | | | | |
| 145. | 1746 | 6/8/10 | Keating to Islam Jr. email "Re: Appendix for PN" | | | | | |
| 146. | D000204 | 6/8/10 | Letter from Maria Pajil Battle to Secretary Arne Duncan | | | | | |
| 147. | 1694-1697 | 6/8/20 | Weiss to team email "RE: Requirements for the contents of PN-MOU" | | | | | |
| 148. | 1753 | 6/9/10 | Brown to Keating email "RE: Already Existing Programs and Services" | | | | | |
| | | | | | | | | |

17

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 149. | 1738-40 | 6/9/10 | Keating to Islam Jr. email "(no subject)" w/attach. | | | | | |
| 150. | 1748-49 | 6/9/10 | Keating to Islam Jr. email "Transmittal letter for ltr. of support" w/attach. | | | | | |
| 151. | D012427 | 6/10/10 | Islam Sr. to team email "Planning Meeting" | | | | | |
| 152. | D005220 - D005224 | 6/10/10 | Promise Neighborhood Initiative Grant Application Update | | | | | |
| 153. | 1795-1803 | 6/12/10 | Keating to Islam Sr. email "Re: Planning Document" w/attach. (start of question 1) | | | | | |
| 154. | 1804-12 | 6/12/10 | Keating to Islam Jr., Islam Sr. email "Added Phys. Activity-Indicator of Need" w/attach. | | | | | |
| 155. | D006612 -15 | 6/12/10 | Keating to Islam Jr., Islam Sr. email "Table of Contents" or Guide for Development" w/attach. | | | | | |
| 156. | 1791-93 | 6/12/10 | Islam Sr. to Keating email "Promise Neighborhood Planning Document" w/attach. | | | | | |
| 157. | D006201 | 6/12/10 | Keating to Islam Sr., Islam Jr. email "Re: Promise Neighborhood Planning Document" | | | | | ' |
| 158. | 1779-1782 | 6/12/10 | Keating to Islam Sr., Islam Jr. email "Table of Contents or Guide for Development" w/ attach. | | | | | |

# EXHIBIT LIST

## Carol Keating-Reichwein v. Universal Companies

CASE NO: 13-cv-07290

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 159. | D005110 – D005115 | 6/12/10 | Islam Sr. to team email "FW: Planning Document" | | | | | |
| 160. | D005271 | 6/12/10 | Islam Sr. to team email "Planning Document" | | | | | |
| 161. | 1813-20 | 6/13/10 | Keating to Islam Jr., Islam Sr. email "Added to Section II" w/attach. | | | | | |
| 162. | 1822-32 | 6/13/10 | Keating to Islam Jr., Islam Sr. email "Please review this one-Most Recent Send @ 1:04" w/attach. | | | | | |
| 163. | 1853-71 | 6/13/10 | Keating to Islam Jr., Islam Sr. email "Latest Version-Sunday afternoon" w/attach. | | | | | |
| 164. | D006043 | 6/13/10 | Keating to Islam Jr., Islam Sr. email "Language re: an partners cooperating with the National Evaluator" | | | | | |
| 165. | D006160 -62 | 6/14/10 | Keating to Islam Jr., Islam Sr. email "Re: Executive Summary to PN" w/attach. | | | | | |
| 166. | D010157 – D010158 | 6/14/10 | Keating to team email Conference Call and Start of Continuum | | | | | |
| 167. | D012438 | 6/15/10 | Islam Sr. to team email "Promise Neighborhood Initiative" | | | | | |

19

# EXHIBIT LIST

## Carol Keating-Reichwein v. Universal Companies

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 168. | D012435 | | Islam Sr. to team email "Promise Neighborhood Initiative" | | | | | |
| 169. | D005100 – D005102 | 6/15/10 | Islam Sr. to Lewis, Islam Jr., Keating email "(no subject)) (abbreviated Exec. Summary [vision statement]) w/ attach. | | | | | |
| 170. | D004765 – D004799 | 6/15/10 | Islam Sr. to team email "Promise Neighborhood Documents for Review" w/ attach. | | | | | |
| 171. | D005637 – D004779 | 6/15/10 | Islam Sr. to Sonkowsky, Unterberger email "Promise Neighborhood Planning documents" | | | | | |
| 172. | 1918-1919 | 6/15/10 | Islam Sr. to Lamar, Keating email "FW: Target areas" | | | | | |
| 173. | 1942 | 6/16/10 | Keating to Islam Sr. email "Re: Promise Neighborhoods" | | | | | |
| 174. | 2005 | 6/16/10 | Keating to Islam Sr. email "Re: FW: Promise Neighborhood Planning Document" | | | | | |
| 175. | 2007 | 6/16/10 | Keating to Islam Jr., Islam Sr. email "Re" FW" Target Area" (map of targeted area) | | | | | |
| | | | Islam Sr. to Keating and others email "Promise | | | | | |

# EXHIBIT LIST

## Carol Keating-Reichwein v. Universal Companies

CASE NO: 13-cv-07290

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 176. | D005277 | 6/16/10 | Neighborhood Conference Call" | | | | | |
| 177. | D006044 | 6/16/10 | Keating to Lamar, Islam Sr., Gross email "Re: Promise Neighborhood Initiation" | | | | | |
| 178. | D008356 -58 | 6/16/10 | Islam Sr. to Keating email "FW: Indicators and Result" | | | | | |
| 179. | D005279 - D005280 | 6/16/10 | Islam Sr. to team email Info and Promise Neighborhood Planning Documents | | | | | |
| 180. | D005242 - D005243 | 6/16/10 | Underwood to Islam Jr., Islam Sr. and Keating email | | | | | |
| 181. | D006269 | 6/16/10 | Keating to Islam Sr. email Promise Neighborhood Planning Documents | | | | | |
| 182. | D012444 - D012445 | 6/16/10 | Islam Sr. to team email Determining Requests from City and School District | | | | | |
| 183. | D012430 | 6/16/10 | Islam Sr. to team email Requesting Info and Confirmation of Attendance in planning meeting | | | | | |
| 184. | 1978-1979 | 6/16/10 | Islam Sr. to team email Indicators Identified by USDOE that must be addressed | | | | | |
| 185. | D012776 - | | Woodall to Islam Sr. email Support Letter for | | | | | |

21

**Carol Keating-Reichwein v. Universal Companies**      **CASE NO: 13-cv-07290**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
|  | D012780 | 6/17/10 | Promised Neighborhoods |  |  |  |  |  |
| 186. | D012437 | 6/17/10 | Islam Sr. to DA Seth Williams email requesting support and assistance re: Universail Companies for Promise Neighborhoods |  |  |  |  |  |
| 187. | D012439 | 6/17/10 | Islam Sr. to Carolyn Adams email Temple University's support of Universal Companies for Promise Neighborhoods |  |  |  |  |  |
| 188. | D012431 | 6/17/10 | Lewis to team email Planning Meeting Agenda |  |  |  |  |  |
| 189. | D012280 | 6/17/10 | Islam Sr. to Brown-Sow, Islam Jr. email Draft of Concept Paper |  |  |  |  |  |
| 190. | D005874 | 6/18/10 | Keating to team email Narrative updated during Promise Neighborhood Conference Call |  |  |  |  |  |
| 191. | 2065-71 | 6/19/10 | Islam Sr. to Keating email "District Mon" w/attach. |  |  |  |  |  |
| 192. | 2124-2131 | 6/20/10 | Keating to Islam Sr. email "Re: District Mon" w/attach. |  |  |  |  |  |
| 193. | D006280-87 | 6/20/11 | Keating to Islam Sr. email "Final Edits to PSD Memorandum" w/attach |  |  |  |  |  |
|  | 2072-2112 |  | Keating to Islam Sr. email "Keating-Need for Project- 6-19-10" w/attach. |  |  |  |  |  |

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 194. | | 6/20/10 | | | | | | |
| 195. | 2113-2114 | 6/20/10 | Keating to Islam Sr. email "Sample language for Mon-Theory of Action" and "Theory of Change" | | | | | |
| 196. | 2133-2134 | 6/20/10 | Keating to Islam Jr., Islam Sr. email "Alcorn Stats" | | | | | |
| 197. | 2187-92 | 6/20/10 | Keating to Islam Jr., Islam Sr. email "Section 1.a- 6-20-10 @11:52 p.m." w/ attach. | | | | | |
| 198. | D006013 | 6/20/10 | Keating to Islam Sr., Islam Jr. email Direction for Quesiton 1.a | | | | | |
| 199. | 2153-2154 | 6/20/10 | Islam Sr. to Sonkowsky, Keaitng email "RE: Targeted Schools" | | | | | |
| 200. | 2181 | 6/20/10 | Islam Sr. to Islam Jr. email "Please check this out-thanks" | | | | | |
| 201. | D006447 | 6/21/10 | Keating to Islam Sr. email "Section V.D.-response" | | | | | |
| 202. | 2221-2226 | 6/21/10 | Keating to Islam Sr. email requesting acknowledgement of receipt of Section 1.a w/ attach. | | | | | |

**Carol Keating-Reichwein v. Universal Companies**

**CASE NO: 13-cv-07290**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 203. | 2217-2218 | 6/21/10 | Weiss to Keating, Islam Sr., Lewis email "Prom Neighborhood Info" | | | | | |
| 204. | 2251 | 6/21/10 | Weiss to Keating, Islam sr., Lewis email "Prom Neighborhood Info" | | | | | |
| 205. | 2229-2250 | 6/21/10 | Califano to Islam Sr., Lewis, Keating, et al email "RE: Draft MOU" w/ attach. | | | | | |
| 206. | D006272-75 | 6/22/10 | Keating to Islam Sr. email "Section 5 Management Plan-6-22-10" w/attach. | | | | | |
| 207. | 2358-2361 | 6/22/10 | Keating to Islam Sr. email Section 3 A and B w/ attach. | | | | | |
| 208. | 2362-2363 | 6/22/10 | Keating to Islam Sr. email Section 5.D for Review w/ attach. | | | | | |
| 209. | 2361-2367 | 6/22/10 | Keating to Islam Sr. email Section 5 for Review w/ attach. | | | | | |
| 210. | 2368-2380 | 6/22/10 | Keating to Islam Sr., Islam Jr., Lewis email Section 6 for Review w/ attach. | | | | | |
| 211. | D012428 | 6/22/10 | Islam Sr. to Kathy Con Allen email Draft Support Letter for modification w/ attach. | | | | | |
| 212. | 2271- | | Califano to team email "Re: Promise | | | | | |

24

# EXHIBIT LIST

## Carol Keating-Reichwein v. Universal Companies

CASE NO: 13-cv-07290

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| | 2273 | 6/22/10 | Neighborhood Initiative" | | | | | |
| 213. | 2282-2287 | 6/22/10 | Lamar to team email "Re: Promise Neighborhood Initiative" | | | | | |
| 214. | 2348 | 6/22/10 | Islam Sr. to Islam Jr., Lewis email "KEATING-6-22-10-9:49 PM" | | | | | |
| 215. | D006046-62 | 6/23/10 | Keating to Islam Sr. email "Sections 2, 3, and 5" w/attach. | | | | | |
| 216. | D006189-94 | 6/23/14 | Keating to Islam Sr. email "Section 5" w/attach. | | | | | |
| 217. | D006205-16 | 6/23/10 | Keating to Islam Sr. email "Section 6" w/attach. | | | | | |
| 218. | D006450-59 | 6/23/10 | Keating to Islam Sr., Lewis email "Section 4-Carol's Writes" w/attach. | | | | | |
| 219. | 2381-2391 | 6/23/10 | Keating to Islam Sr. email Section 2 (and Raheem Add On) w/ attach. | | | | | |
| 220. | D013206 - D013208 | 6/23/10 | Islam Jr. to Islam Sr. Email Request for Support from Senator Williams | | | | | |
| 221. | D012283 | 6/24/10 | Islam Sr. to team email Latest Sections to be Proofed and Reviewed | | | | | |
| | | | Keating to Islam Jr., Islam Sr. email "Uploading | | | | | |

25

# EXHIBIT LIST

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 222. | D006041 | 6/25/10 | letters of support and MOUs to e-grants. . ." | | | | | |
| 223. | 2483 | 6/25/10 | Keating to Islam Jr. email "Needs" | | | | | |
| 224. | 2484 | 6/25/10 | Keating to Islam Jr. email "Within 3 working days" | | | | | |
| 225. | D000039 -000392 | 6/25/10 | Promise Neighborhood Grant Application | | | | | |
| 226. | D006465 | 6/25/10 | Keating to Islam Sr. acknowledging work on Promise Neighborhood and thanking him for opportunity | | | | | |
| 227. | 2485 | 6/25/10 | Keating to Islam Sr. email "Re: (no subject)" | | | | | |
| 228. | D012432 - D012433 | 6/26/10 | Islam Sr. to team email acknowledging successful electronic submission of Promise Neighborhood Grant application and personal gratitude for all contributions | | | | | |
| 229. | D013266 | 7/6/10 | Letter from Keating to Dr. Janice Butler re: grant submitted on behalf of Universal Companies under Readiness and Emergency Management for School Grant | | | | | |
| | D11452- | | | | | | | |

**EXHIBIT LIST**

**Carol Keating-Reichwein v. Universal Companies**

**CASE NO: 13-cv-07290**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 230. | 53 | 9/21/10 | Grant Award Notification – Promise Neighborhood | | | | | |
| 231. | 2859-60 | 10/1/10 | Promise Neighborhood-Professional Services Agreement | | | | | |
| 232. | 3690 | 12/5/10 | Email Lamar to Keating re: Promise Neighborhood | | | | | |
| 233. | D000035 – D000392 | | Universal Companies Application for Promise Neighborhood Grant | | | | | |
| 234. | D011495 – D012112 | 9/9/11 | PointGrays Promise Neighborhood Strategic Plan of Action for the Point Breeze and Grays Ferry Neighborhoods Philadelphia, PA sponsored by Universal Companies in coordination with The City of Philadelphia and The School District of Philadelphia | | | | | |
| 235. | 3689 | 12/5/10 | Email Keating to Islam, Jr. fwd. Lamar's email | | | | | |
| 236. | 3691 | 12/10/10 | Islam Jr. to Keating email "working on your | | | | | |

27

# EXHIBIT LIST

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| | | | invoices" | | | | | |
| 237. | 3692-93 | 12/13/10 | Keating to Islam Jr. email re: Universal payment dispute and chart | | | | | |
| 238. | 3696-97 | 12/16/10 | Keating to Islam Jr. email re: Key Points for Discussion | | | | | |
| 239. | D007825 | 2/1/11 | Islam Jr. to Keating email "approached Shahied . . ." | | | | | |
| 240. | 3329-3332 | 4/13/11 | Ltr. from Cass re: Monies Due C.A. Keating Consulting | | | | | |
| 241. | 3178 | 9/23/10 | Faatimah email re: Promise Neighborhood | | | | | |
| 242. | 3179-80 | 10/20/10 | Faatimah email: "Let's stand for Progress" | | | | | |
| 243. | 2863 | 1/27/11 | Keating/Faatimah re: Keating Contract with Universal | | | | | |
| 244. | 2864 | 1/27/11 | Keating/Faatimah; Keating contract with Universal, "Do you have a copy of the signed K" | | | | | |
| 245. | 2865 | 1/27/11 | Keating/Faatimah; "Contract Attached" | | | | | |

28

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 246. | 2867 | 2/2/11 | Keating/Faatimah re: C.A. Keating Consulting; Will get back to you next week | | | | | |
| 247. | 2868 | 2/3/11 | Keating/Dawan emails re: Professional Service Agreement (Promise Neighborhood) | | | | | |
| 248. | 2869 | 2/10/11 | Keating/Faatimah email re: "Moving Forward" | | | | | |
| 249. | D009245 | 2/12/11 | Keating to Islam Sr. re: I did try to call | | | | | |
| 250. | 3663 | 2/10/11 | Keating/Islam Sr. email "Your facts are all wrong so call me" | | | | | |
| 251. | D05929-005930 | 12/1-10 12/6/10 | Emails Keating/Islam Sr./Islam Jr./Lamar "Promise Neighborhood Invoice" | | | | | |
| 252. | D02247 | 2/3/11 | Keating to Islam Jr., Islam Sr. "Re: Professional Services Consulting Agreement" | | | | | |
| 253. | 602-647 | 11/12/09 | Keating to Islam Jr. email "Start up-very rough draft" w/attach | | | | | |
| 254. | 651 | 11/12/09 | Keating to Islam Jr., Islam Sr., Lewis email "City of Philadelphia Business Privilege License" | | | | | |
| 255. | 658 | 11/12/09 | Keating to Islam Jr. email "Need for Resources and Administrative Communications" | | | | | |

**EXHIBIT LIST**

## Carol Keating-Reichwein v. Universal Companies

CASE NO: 13-cv-07290

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 256. | 660 | 11/12/09 | Keating to Islam Jr., Islam Sr., Lewis email "Need for Financial Statements from Shahied" | | | | | |
| 257. | 661 | 11/12/09 | Keating to Islam Jr., Islam Sr., Lewis email "Docs needed from Shahied" | | | | | |
| 258. | 666-669 | 11/13/09 | Islam Jr. and others ("No subject") | | | | | |
| 259. | 670 | 11/13/09 | Keating to Islam Jr. email "Reference Info" | | | | | |
| 260. | 732-777 | 11/14/09 | Keating to Islam Jr. and others "Phila-SD Proposal-Draft #1 entitled Abstract" w/attach. | | | | | |
| 261. | 778 | 11/16/09 | Keating to Islam Jr., Islam Sr., Lewis email "Please review and approve on Letterhead" | | | | | |
| 262. | 786 | 11/16/09 | Keating to Islam Jr. and others "Management Needed" | | | | | |
| 263. | 787 | 11/16/09 | Keating to Islam Jr. and others "History of Universal's Work for the District" | | | | | |
| 264. | 789 | 11/16/09 | Keating to Islam Jr., Islam Sr., Lewis email "Need for Resumes" | | | | | |

30

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 265. | 790 | 11/16/09 | Keating to Islam Jr. email "Appendix E" | | | | | |
| 266. | 797-842 | 11/16/09 | Keating to Islam Jr. email "Draft #2" w/attach. | | | | | |
| 267. | 843 | 11/16/09 | Keating to Lewis email "Re: Please review and approve on letterhead" | | | | | |
| 268. | 31-35 | 1/27/10 | The School District of Philadelphia Request for Qualifications No. 43—Lead Applications Titled: Renaissance Schools Initiative—Year 1 | | | | | |
| 269. | D007596-97 | 1/30/10 | Keating to Islam Jr., Islam Sr. email "Jump Start for Response 1.a" | | | | | |
| 270. | D00773-74 | 1/30/10 | Keating to Islam Jr. email "Responses for 1.-a-b-c-" | | | | | |
| 271. | D007598-07600 | 1/30/10 | Keating to Islam Sr. email "FWD: Responses for 1.a-b-c- (Renaissance Grant)" w/attach. | | | | | |
| 272. | 50-69 | 1/31/10 | Keating to team email "Office of Planning, Research and Development-RFQ 43 Start Up-Draft #1"w/ attach. | | | | | |
| 273. | 71 | 2/1/10 | Islam Jr. to team email "Renaissance Schools" | | | | | |
| 274. | 72 | 2/1/10 | Keating to Lewis email "Re: Please review and approve on letterhead" | | | | | |

**Carol Keating-Reichwein v. Universal Companies**

CASE NO: 13-cv-07290

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|--------------------|-------------|-----------|-----------|--------|---------|
| 275. | D011441 | 2/3/10 | Renaissance Planning Group Minutes | | | | | |
| 276. | 99-100 | 2/9/10 | Renaissance Planning Group Minutes | | | | | |
| 277. | 73-76 | 2/9/10 | Islam Jr. to Keating email: "FW: Meeting Notes" w/ attach | | | | | |
| 278. | 89-97 | 2/9/10 | Islam Sr. to Keating email "FW: Renaissance Schools" w/attach. | | | | | |
| 279. | 113-126 | 2/9/10 | Islam Sr. to Keating email "FW: Renaissance Schools" w/attach. | | | | | |
| 280. | 101-112 | 2/9/10 | Keating to team email "Renaissance Section 1" w/ attach. | | | | | |
| 281. | 127-130 | 2/10/10 | Islam Jr. to Keating email "FW: RFQ Section 2" w/ attach. | | | | | |
| 282. | 132-134 | 2/10/10 | Islam Sr. to team email "RE: Response to RFQ" w/ attach. | | | | | |
| 283. | 135 | 2/10/10 | Keating to Islam Sr. email "Re: Response to RFQ" | | | | | |
| 284. | 172-185 | 2/11/10 | Keating to team email: "RE: Keating Edits 2-10-10 (Lauryn's Development)" w/ attach. | | | | | |
| 285. | 186 | 2/11/10 | Keating to team "Re: Keating Edits 2-10-10 | | | | | |

32

**Carol Keating-Reichwein v. Universal Companies**    CASE NO: 13-cv-07290

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|-----------|-----------|--------|---------|
| | | | (Lauryn's Development)" | | | | | |
| 286. | D007522-25 | 2/12/10 | Keating to Islam Jr. email "Section 4(a) re-writes for your review" w/attach. | | | | | |
| 287. | 215-238 | 2/12/10 | Keating to Islam Jr., & Lewis email "Keating edits-Fri @ 2:43 PM" w/attach. | | | | | |
| 288. | 239-62 | 2/12/10 | Keating to team email "Carol's edits-Fri @ 4:36" w/attach. | | | | | |
| 289. | D007629-52 | 2/12/10 | Keating to team email "Final for review over the weekend and discussion on Monday at noon" w/attach | | | | | |
| 290. | 263-082 | 2/12/10 | Keating to Islam Jr. email "Keating's edits-latest version-10:25 Fri." w/attach. | | | | | |
| 291. | D002401 | 2/12/10 | Keating to Islam Sr. email "RE: Final for review . . ." (apologizing for delay) | | | | | |
| 292. | 284-302 | 2/12/10 | Keating to others email "Latest edits-2/11/10@ 11:54 PM" w/attach. | | | | | |
| 293. | 387 | 2/12/10 | Rahim Sr. to Keating email "RE: FINAL for review over the weekend and discussion on Monday at noon" | | | | | |
| 294. | 388 | 2/12/10 | Lewis to team email "Deadline" | | | | | |
| 295. | 389-401 | 2/15/10 | Womack to team email "No subject" | | | | | |

Carol Keating-Reichwein v. Universal Companies

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 296. | 402 | 2/15/10 | Douthit to Keating, Islam Sr., Womack email "Data Charts" | | | | | |
| 297. | D009432 | 2/16/10 | Keating to Islam Sr. email "Section 2(b) material" | | | | | |
| 298. | D009501 -02 | 2/16/10 | Keating/Islam Sr. emails "Re: Please disregard the last email and attachment I just sent" | | | | | |
| 299. | D009435 | 2/16/10 | Keating to Islam Sr., Lewis, Womack email "RFQ243-Secton 2 abcdef-Complete Keating" | | | | | |
| 300. | 412-416 | 2/16/10 | Keating to team email "Section 2" w/ attach | | | | | |
| 301. | D09423- 25 | 2/17/10 | Keating to Islam Sr. email "Section 4b talks about underperforming and over age students" | | | | | |
| 302. | D009431 | 2/17/10 | Keating to Islam Sr. email "RFQ243-Secton 1abc Raheem to Carol and Chad-Keating changes for review" | | | | | |
| 303. | D007510 -21 | 2/17/10 | Keating to Islam Sr. email "Keating changes to yours attached" w/ attach. | | | | | |
| 304. | D002394 -99 | 2/18/10 | Keating to Islam Jr., Islam Sr. email "Section 3 – BIOS" w/ attach. | | | | | |
| 305. | 430-435 | 3/2/10 | Islam Sr. to Keating, Islam Jr., Lewis email "RFI-section 1ab" w/ attach. | | | | | |

34

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|---------------------|-------------|------------|------------|--------|---------|
| 306. | D001437 | 3/5/10 | RFQ-43 Renaissance School Initiative-Year 1: Qualification Lead Applicants | | | | | |
| 307. | D011437 – D011440 | 3/5/10 | Letter from the School District of Pennsylvania to Rahim Islam, Sr. advising that Universal Companies has qualified under Request for Qualifications (RFQ-43) to participant in the Request for Proposal (RFP-260) phase of the Renaissance Schools Initiative – Year 1 | | | | | |
| 308. | 861-888 | 3/8/10 | Islam Sr. to team email Application for The School District of Philadelphia Request for Proposals – Lead Applicants No. 260 Title: Renaissance Schools Initiative—Year 1 Issued March 8, 2010 and request for team meeting w/ attach. | | | | | |
| 309. | D09503-07 | 3/16/10 | Keating to Islam Jr., Islam Sr. email "Section 7-Keating 1st Draft" | | | | | |
| 310. | D007702 -08 | 3/17/10 | Keating to Islam Jr., Islam Sr. email "Section 4(a) and (b) | | | | | |
| 311. | 935-936 | 3/17/10 | Islam Jr. to team email Highlights from 3/16/10 Q&A at 440 Broad 3/16/10 w/ attach. | | | | | |

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 312. | 937-46 | 3/19/10 | Islam Sr. to Keating email "Section 1" w/attach. | | | | | |
| 313. | D007785 -7795 | 3/22/10 | Keating to Islam Jr., Islam Sr. email "Keating's Final edits to Raheem's Section 1" w/attach. | | | | | |
| 314. | D007602 -7610 | 3/22/10 | Keating to Islam Jr., Islam Sr. email "Keating-Section 4(a)and (b) final 3-22-10" w/attach. | | | | | |
| 315. | 948-956 | 3/22/10 | Islam Sr. to Keating, Islam Jr. email "Re: Status of Proposal" | | | | | |
| 316. | D009412 | 3/23/10 | Keating to Islam Jr., Islam Sr. email "Section 4-Keatings Edits-3/23/10 | | | | | |
| 317. | 957-961 | 3/23/10 | Islam Sr. to Keating email "Section 5" w/attach | | | | | |
| 318. | 962-967 | 3/23/10 | Islam Sr. to Islam Jr., Keating email "Re: Section 5" w/ attach. | | | | | |
| 319. | D009408 | 3/23/10 | Keating to Islam Sr. email "Re: Section 5" | | | | | |
| 320. | D009535 -43 | 3/24/10 | Keating to Islam Jr., Islam Sr. email "Keating edits to Section 5-Clean and Tracking" w/attach. | | | | | |
| 321. | 970-977 | 3/24/10 | Islam Jr. to Keating, Islam Jr. email Revised Section 7 w/ attach. | | | | | |
| 322. | D009322 | 3/25/10 | Keating to Islam Jr., Islam Sr. email "Re: | | | | | |

**Carol Keating-Reichwein v. Universal Companies**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|-----|-------------|-------|--------------------|-------------|-----------|-----------|--------|---------|
| | -29 | | Section 7" w/attach. | | | | | |
| 323. | 978-1044 | 3/26/10 | Islam Sr. to team email RFP-260 (without Sections 9 and 10) to be Proofread for grammar in order to be delivered next afternoon w/ attach. | | | | | |
| 324. | 1045-1120 | 3/26/10 | Islam Sr. to team email inquiring about review completions of RFP-260 (without Sections 9 and 10) | | | | | |
| 325. | D007709-68 | 3/29/10 | Keating to Islam Sr. email "Fwd: All Sections Final Edits/Reviews" w/9 attach. | | | | | |
| 326. | D007525 - D007594 | 3/29/10 | Keating to Islam Sr. Final Edits/Reviews to all sections w/ attach. | | | | | |
| 327. | 1121 | 3/30/10 | Islam Sr. to team email informing of oral interview presentation to School District scheduled for April 7th and requesting availability and confirmation for presentation and pre-presentation preparation | | | | | |
| 328. | 1122 | 3/31/10 | Islam Sr. to team email Info for Conference Call Scheduled for 4/2/10 | | | | | |
| 329. | 1123 | 4/2/10 | Islam Sr. to team email Preparations for Pre-Oral Presentation Meeting | | | | | |
| | | | Carly Bolger (School District of Philadelphia) forwarded to Lewis, FWD to team email | | | | | |

## EXHIBIT LIST

**Carol Keating-Reichwein v. Universal Companies**     **CASE NO: 13-cv-07290**

| Tab | Bates-Stamp | Dates | Description of Item | Used in Dep | Π Evidence | Δ Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|---|---|
| 330. | D008388 | 4/6/10 | Common Questions likely to be asked during Universal's Proposal Oral Presentation | | | | | |
| 331. | D00429-866 | 3/26/10 | Universal Bluford RFP #260 | | | | | |
| 332. | D00967-1433 | 3/26/10 | Universal Daroff RFP #260 | | | | | |
| 333. | D011479-86 | 7/10-9/14 | Universal Charter @ Bluford Summary Report | | | | | |
| 334. | D011487-93 | 7/10-9/14 | Universal Charter @ Daroff Summary Report | | | | | |