IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Carol A. Keating-Reichwein | : | CIVIL ACTION |
| v. | : | |
| Universal Companies | : | NO. 13-7290 |

## CIVIL JUDGMENT

**FILED**
NOV 03 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Before the Honorable L. Felipe Restrepo

AND NOW, this **31st** day of **October, 2014**, in accordance with the verdict of the jury by special interrogatories, IT IS **ORDERED** that Judgment be and the same is hereby entered in favor of PLAINTIFF, Carol A. Keating-Reichwein in the amount of $767,560.00, and against DEFENSE on all claims.

BY THE COURT:

ATTEST: _____
Nelson Quiles Malave
Deputy Clerk