IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL A. KEATING-REICHWEIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSAL COMPANIES | : | NO.  13-7290 |

## **ORDER**

     AND NOW, this 13th day of March 2015, upon consideration of Plaintiff's Motion for Prejudgment Interest and associated briefing (Docs. 55 & 63) and Defendant's response and associated briefing (Docs. 57 & 64), and following oral argument held on January 12, 2015, IT IS HEREBY ORDERED that the motion is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED to the extent that Petitioner is entitled to $81,142.95 in prejudgment interest, and DENIED in all other respects.

                                                         BY THE COURT:

                                                         /s/ELIZABETH T. HEY

                                                         _____

                                                         ELIZABETH T. HEY, U.S.M.J.